# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| 1106 MONTELLO, LLC | * | CASE NO. 21-00209 |
| | | CHAPTER 11 |
| DEBTOR | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| NAVIGATOR PRIVATE CAPITAL, LLC | * | |
| PLAINTIFF | * | |
| v. | * | |
| 1106 MONTELLO, LLC | * | |
| DEFENDANT | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO
## 1108 Montello Avenue, NE, Washington DC 20002

Navigator Private Capital, LLC, Movant, by and through its Counsel Silverman Theologou, LLP, and Diana C. Theologou, Esq., files this Motion Seeking Relief from Automatic Stay, and says:

1. This Court has jurisdiction pursuant to 11 U.S.C. § 362(d) and 28 U.S.C. §§157(B) and 1334.

2. This is a contested matter governed by Bankruptcy Rules 4001 and 9014 and Local Bankruptcy Rule 4001-1, and is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(g).

3. On August 12, 2021, the Debtor, initiated proceedings in this court seeking relief under Chapter 11 of the Bankruptcy Code (Case # 21-00209).

4.      The Debtor has an outstanding loan with Navigator Private Capital, LLC secured by real property located at 1108 Montello Avenue, NE, Washington DC 20002 and properly perfected among the land records of the District of Columbia.  See Loan Notes and Deeds of Trust attached hereto as Exhibit 1.

5.      The Debtor owes a balance of $2,532,600.95 on the Deed of Trust and note through August 31, 2021.

6.      The Debtor's schedules reflect a value of $1,900,000.00 for the real property located at 1108 Montello Avenue, NE, Washington DC 20002.

7.      The Debtor has made no offer of adequate protection.

8.      The lender's forced placed property insurance policy expires September 2, 2021 and the lender is unable to renew the policy without access to the property.

9.      The Debtor promised on multiple occasions to provide evidence of insurance, but has not done so.

10.     On July 20, 2021 a tax bill was issued for taxes due on or about August 19, 2021 (post petition) in the amount of $15,922.04.  The taxes remain unpaid.  *See* Exhibit 2 attached hereto.

11.     On August 5, 2021 a tax bill was issued for taxes due on or about September 15, 2021 (post petition) in the amount of $42,711.47.  *See* Exhibit 3 attached hereto.

12.     The Movant is not adequately protected.

13.      The loan is due for the June 1, 2020 payment and matures on February 1, 2022.

14.      The Movant's interest has been and continues to be irreparably injured by the Automatic Stay, which prevents Movant from enforcing its rights as a secured creditor pursuant to the aforesaid contract and security agreement and the laws of the District of Columbia.

**WHEREFORE**, Movant respectfully requests that this Honorable Court Terminate the Automatic Stay, to allow Movant to foreclose upon the property known as 1108 Montello Avenue NE, Washington, DC 20002 and obtain possession thereof.

/s/ Diana C. Theologou

Diana C. Theologou, MD14284
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
dtheologou@silvermanlegal.com
(301) 468-4990
Attorney for Movant